IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Lacy Baird, | § | |
|     Plaintiff | § | |
| | § | Civil Action No. 3:11-cv-2593-D |
| V. | § | |
| | § | |
| BLUE CROSS BLUE SHIELD OF | § | |
| TEXAS, A DIVISION OF HEALTH | § | |
| CARE SERVICE CORPORATION, | § | |
| A MUTUAL LEGAL RESERVE | § | |
| COMPANY, | § | Jury Demanded |
|     Defendant. | § | |

## ORDER

On the motion of the Plaintiff, the above such motion having been made and considered, it is ORDERED, ADJUDGED AND DECREED by this court that the above styled and numbered cause be and it is hereby dismissed with prejudice to any refiling of same or any portion thereof in any form by the Plaintiff.

SIGNED this __3d__ day of __May__, 2012

_____
Judge Presiding